UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BOBBIE JO SCHOLZ,

    Plaintiff,

    v.                                Case No.  16–CV-1052

UNITED STATES OF AMERICA,

    Defendant.

---

## SCHEDULING ORDER

On March 3, 2017, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Mary L. Woehrer and on behalf of the defendant were Attorneys Lisa T. Warwick and Susan M. Knepel.

**IT IS HEREBY ORDERED,**

1. The parties shall make their initial disclosures to the opposing party in accordance Fed. R. Civ. P. 26(a) no later than May 1, 2017.

2. The parties may join other parties and amend the pleadings no later than June 1, 2017.

3. The plaintiff shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than December 1, 2017.

4. The defendant shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than February 1, 2018.

5. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than March 1, 2018.

6. All motions under <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993), or otherwise challenging an opposing party's expert witness shall be filed no later than March 1, 2018.

7. The plaintiff shall disclose rebuttal expert witnesses in accordance with Civil L.R. 26(b) no later than April 1, 2018.

8. All discovery is to be completed by May 1, 2018. Pursuant to Civil Local Rule 26(c), depositions to preserve testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to discovery requests are not to be used. In the event a responding party has an objection to a particular discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

9. The court will schedule a telephonic scheduling conference to discuss further scheduling if resolution of the summary judgment motions does not dispose of the case in its entirety.

Dated at Milwaukee, Wisconsin this 2nd day of March, 2017.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge